IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MARION | : | CIVIL ACTION |
| | : | |
| v. | : | No.: 10-2511 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## **ORDER**

AND NOW, this 17th day of August, 2010, it is hereby ORDERED a teleconference be held on August 19, 2010 at 11:00 a.m.  Counsel for Plaintiff shall initiate the call.

BY THE COURT:


 /s/  Juan R. Sánchez
Juan R. Sánchez, J.